UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61467-ROSENBERG

IVAN M. DIAZ and other similarly
situated individuals,

        Plaintiff,

v.

WIRELESS ICENTER LLC and
DAVID J. CAMPO,

        Defendants.
_____/

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE AND COMPLY WITH THE COURT'S ORDER

**THIS CAUSE** comes before the Court *sua sponte*. A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629. This Court's authority to dismiss a case for lack of prosecution is premised in "the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Id.* at 630-31.

Here, Plaintiff served the Defendants on August 23, 2023, and Defendants' responses to the Complaint were due on September 13, 2023. DE 8, 9. Pursuant to the Court's Order on Defaults [DE 5], Plaintiff was directed to file a motion for clerk's default within seven days of the deadline for the Defendants to answer. Plaintiff's deadline for entry of default passed on September 20, 2023. On September 29, 2023, the Court ordered Plaintiff to either move for a

clerk's default or show cause why this case should not be dismissed for lack of prosecution by no later than October 6, 2023. DE 10.  The Court warned Plaintiff that failure to comply with the Court's Order may result in immediate dismissal of this case without prejudice.  The Plaintiff failed to respond to the Court's Order and failed to file anything in response. Therefore, the Court shall now dismiss the Complaint [DE 1] due to Plaintiff's failure to prosecute and comply with this Court's Order. *See Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (finding courts undoubtedly possess the power to dismiss an action for "failure to prosecute with reasonable diligence or to comply with [the Court's] orders or rules of procedure"); *see also* Fed. R. Civ. P. 41(b).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION**, and the Clerk of the Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 13th day of October, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE